# LAW OFFICES OF JAMES B. KRASNOO

23 Main Street
Terrace Level
Andover, Massachusetts 01810
Telephone (978) 475-9955
Fax (978) 474-9005

James B. Krasnoo*

Paul J. Klehm†

*Also admitted in California
†Also admitted in New Hampshire

July 12, 2005

Elizabeth Smith, Courtroom Clerk
United States District Court
United States Courthouse
1 Courthouse Way, Suite 2300
Boston, MA  02210

      Re:  **Stephen Corbett v. United States**
            **Civil Action. No. 05-cv-11460-WGY**

Dear Ms. Smith:

    Please be advised that I was asked by Mr. Corbett to furnish to the Court his Motion To Vacate, Set Aside or Correct Sentence relating to the *Shephard* issue.  I am not court-appointed to represent Mr. Corbett and merely furnished it as a courtesy.  I did so because Mr. Corbett does not wish responses from the government to come to him at a federal institution that might address certain statements of reasons in his sentencing.  Accordingly, I am simply the emissary for him.  Please remove my name as representing Mr. Corbett.

    You may, however, continue to have me on your List Serve for the docket so that I can report to him the state and status of his various matters.  This will be of aid to him as he communicates with me every ten days concerning these matters.

                                  Very truly yours,

                                  James B. Krasnoo

JBK:eka

LAW OFFICES OF JAMES B. KRASNOO

```
Elizabeth Smith, Courtroom Clerk
July 12, 2005
Page Two

cc:   AUSA Virginia M. Vander Jagt
      Stephen Corbett
```